· **Christopher Lee JOHNSON; Veronica**
**Moody Johnson, Defendants & Third**
**Party Plaintiffs–Appellants,**

v.

**EMERALD GREENS PROPERTY**
**OWNERS ASSOCIATION BOARD OF**
**DIRECTORS, jointly and severally**
**and in their individual capacity, per-**

sonally (immediate past and present members); Mike Lewis, President; Richard Matthews; Craig Poppin; Mark Williams; Peter Nichols; Kathy Thomas; Anne Del Core; David Thompson, Third Party Defendants–Appellees,

v.

**Emerald Greens Property Owners Association, Plaintiff–Appellee,**

**Mary E. COX, Movant.**

No. 01–2438.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided May 14, 2002.

Christopher Lee Johnson, Veronica Moody Johnson, Appellants Pro Se. Barry Randolph Koch, Virginia Beach, Virginia; Gerrit W. Benson, Michael Allen Inman, Inman & Strickler, P.L.C., Virginia Beach, Virginia; Alexander William Stiles, Williams, Mullen, Clark & Dobbins, P.C., Virginia Beach, Virginia; David C. Burton, Williams, Mullen, Clark & Dobbins, Richmond, Virginia, for Appellees.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Lee Johnson and Veronica Moody Johnson appeal the district court's order granting summary judgment to the Emerald Greens Property Owners Association on the Johnsons' cross-claims, granting summary judgment to the Board of Directors of the Emerald Greens Property Owners Association and to its individual members, denying the Johnsons' motion for summary judgment, and remanding the remaining claims to state court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. Emerald Greens Prop. Owners Ass'n,* No. CA–00–514–2 (E.D. Va. filed Oct. 25, 2001 & entered Oct. 26, 2001; Oct. 30, 2001). We deny the Johnsons' motions to stay review of the case and to consolidate the case with No. 02–1371, *Johnson v. City of Chesapeake.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*